IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-01969-MEH

CARA FUNK

                Plaintiff,

v.

3012 WEST, LLC and
WEST SIDE LAUNDRY and DRY CLEANERS

                Defendants

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

The issues between the parties and the case in controversy have been resolved.

DATED: December 28, 2022        Respectfully submitted,

BY:    */S/   R. Bruce Tharpe*
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Colorado State Bar ID No. 54500
Federal Bar ID 13098

**LAW OFFICE OF
R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)

ATTORNEY OF RECORD FOR
PLAINTIFF CARA FUNK

CERTIFICATE OF SERVICE

I, R. BRUCE THARPE, do hereby certify that on December 28, 2022, this notice was served on all parties of record via the U.S. District Court of Colorado electronic case

1

filing system. A copy of this notice was also mailed to Defendant, who has not yet made an appearance in this case.

*/s/ R. Bruce Tharpe*
R. BRUCE THARPE,
ATTORNEY OF RECORD FOR
PLAINTIFF CARA FUNK